

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2017

By E-mail

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. NY 11201

        Re:    In Re: Subpoena to Google, Inc.
                 Miscellaneous Docket No. 15-MC-0048 (JO)

Dear Judge Orenstein:

        In connection with the Court's Order dated January 9, 2017, the government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed.

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                      By:           /s/
                                      Judy Philips
                                      Assistant U.S. Attorney
                                      (718) 254-6449

Enclosure

AB
F#2006R02252

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| IN RE THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER COMPELLING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA | P R O P O S E D   O R D E R<br><br>Docket No. 15-MC-0048 (JO) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:      Brooklyn, New York
            February ___, 2017

                                            _____
                                            HONORABLE JAMES ORENSTEIN
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK